UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jenkins and Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696
Attorney for Debtor(s)

| | |
|---|---|
| In Re: Eddye Williams | Case No.: 21-11892<br>Judge: MBK<br>Chapter: 13 |

Recommended Local Form: ☑ Followed ☐ Modified

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, Eddye Williams, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on 05/04/2021.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 04 / 29 / 2021 Eddye Williams
Signature of Debtor

DATED: ______________________ ______________________
Signature of Joint Debtor

new.5/23/06;jml

# Signature Certificate

Document Ref.: PGX3F-T84UM-I4ERJ-ZYUPV

Document signed by:

**Eddye Williams**

Verified E-mail:
eddyewilliams@mail.com

IP: 68.194.123.51 | Date: 29 Apr 2021 18:11:44 UTC

*Eddye Williams*

Document completed by all parties on:
29 Apr 2021 18:11:44 UTC



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.