Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:   21−11892−MBK
                    Chapter:   13
                    Judge:   Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddye J. Williams
   88 Fox Road, #3B
   Edison, NJ 08817

Social Security No.:
   xxx−xx−2531

Employer's Tax I.D. No.:

---

### NOTICE OF ADJOURNMENT OF 7/20/21 at 10:00am HEARING ON CONFIRMATION OF PLAN

Date:              7/28/21
Time:             10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      Please be advised that the hearing on confirmation of the debtor's plan, which was originally scheduled for 7/20/21 at 10:00am, has been adjourned to **Wednesday, 7/28/21**.

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

Dated: June 3, 2021
JAN: bwj

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court