| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: M&T Bank | |
| In Re:<br><br> Eddye J. Williams,<br><br>         DEBTOR. | |

Order Filed on July 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:        21-11892 MBK

Chapter: 13

Judge:  Michael B. Kaplan

**CONSENT ORDER REGARDING TREATMENT OF SECURED CREDITOR'S CLAIM**

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 1, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:      Eddye J. Williams
Case No.:    21-11892 MBK
Caption:     **CONSENT ORDER REGARDING TREATMENT OF SECURED CREDITOR'S CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, holder of a mortgage on real property known as 88 Fox Road, Edison, NJ, 08817, with the consent of Eric Clayman, Esq., counsel for the Debtor, Eddye J. Williams,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that claim number 10 is unaffected by the Chapter 13 plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** Debtor is to make regular payments outside of the plan per the terms of the note and mortgage; and

It is further **ORDERED, ADJUDGED** and **DECREED** that if the Debtor becomes delinquent, Secured Creditor reserves the right to file a Motion for Relief.

I hereby agree and consent to the above terms and conditions:         Dated:   6/17/2021

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:         Dated:   6/17/2021

*/s/ Rhondi Lynn Schwartz*
RHONDI LYNN SCHWARTZ, ESQ., ATTORNEY FOR DEBTOR