| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: M&T Bank | Order Filed on July 1, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No:   21-11892 MBK |
| In Re:<br><br>Eddye J. Williams,<br><br>    DEBTOR. | Chapter: <u>13</u><br><br>Judge:  Michael B. Kaplan |

## CONSENT ORDER REGARDING TREATMENT OF SECURED CREDITOR'S CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 1, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtor:     Eddye J. Williams
Case No.:   21-11892 MBK
Caption:    **CONSENT ORDER REGARDING TREATMENT OF SECURED CREDITOR'S CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, holder of a mortgage on real property known as 88 Fox Road, Edison, NJ, 08817, with the consent of Eric Clayman, Esq., counsel for the Debtor, Eddye J. Williams,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that claim number 10 is unaffected by the Chapter 13 plan; and

It is further **ORDERED, ADJUDGED** and **DECREED** Debtor is to make regular payments outside of the plan per the terms of the note and mortgage; and

It is further **ORDERED, ADJUDGED** and **DECREED** that if the Debtor becomes delinquent, Secured Creditor reserves the right to file a Motion for Relief.

I hereby agree and consent to the above terms and conditions:          Dated:  6/17/2021

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:          Dated:  6/17/2021

*/s/ Rhondi Lynn Schwartz*
RHONDI LYNN SCHWARTZ, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11892-MBK |
| Eddye J. Williams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 01, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eddye J. Williams, 88 Fox Road, #3B, Edison, NJ 08817-4950 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2021                Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Eddye J. Williams mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4