Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−11892−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddye J. Williams
   88 Fox Road, #3B
   Edison, NJ 08817

Social Security No.:
   xxx−xx−2531

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             12/8/21
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 12, 2021
JAN: mjb

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Eddye J. Williams  
       Debtor

Case No. 21-11892-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Nov 12, 2021     Form ID: 132     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddye J. Williams, 88 Fox Road, #3B, Edison, NJ 08817-4950 |
| 519132831 | | American Express, c/o Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519167857 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519132832 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 519132835 | | Flex Vacations Owners Association, Inc., PO Box 936510, Atlanta, GA 31193-6510 |
| 519132836 | + | Harborside Resort II, Vacation Ownership Assoc., Ltd., c/o Association Management, PO Box 22051, Orlando, FL 32869-5000 |
| 519132838 | + | JPMorgan Chase Bank, N.A., c/o MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519160745 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519132839 | | Kristin Pena, NJ Division of Taxation, Deferred Payments, PO Box 190, Trenton, NJ 08695-0190 |
| 519132840 | + | M & T Bank, PO Box 62906, Baltimore, MD 21264-2906 |
| 519132841 | | Playa Grande, Playa Grande Resort SA de CV, PO Box 51469, Los Angeles, CA 90051-5769 |
| 519132843 | + | Royal Holiday Vacation Club, 9500 South Dadeland Boulevard, Suite 310, Miami, FL 33156-2868 |
| 519211985 | + | Sheraton Flex Vacations LLC, Post Office Box 8038, Lakeland, FL 33802-8038 |
| 519191625 | + | State of New Jersey, Department of Treasury, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519132844 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 519132845 | + | Synchrony Bank/HSN Card, c/o Monarch Recovery Management, PO Box 986, Bensalem, PA 19020-0986 |
| 519132847 | + | Vistana Management, Inc., 1200 Bartow Road, Lakeland, FL 33801-5901 |
| 519132848 | + | Vistana Portfolio Services, Sheraton Flex Vacations, LLC, PO Box 22197, Orlando, FL 32830 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519132833 | | Email/Text: bknotice@ercbpo.com | Nov 12 2021 22:04:00 | Barclays Bank Delaware, c/o Enhanced Recovery Company, LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519132834 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 12 2021 22:06:05 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519168557 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 12 2021 22:05:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519132837 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2021 22:04:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519160745 | + | Email/Text: RASEBN@raslg.com | Nov 12 2021 22:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519214168 | | Email/Text: camanagement@mtb.com | | |

|  |  |  | Nov 12 2021 22:04:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| --- | --- | --- | --- | --- |
| 519208901 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2021 22:06:08 | Portfolio Recovery Associates, LLC, c/o Upromise, POB 41067, Norfolk VA 23541 |
| 519132842 |  | Email/Text: NCI_bankonotify@ncirm.com | Nov 12 2021 22:03:00 | QVC Inc. Easy Pay, c/o Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 519207247 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 12 2021 22:06:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519134526 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 12 2021 22:05:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519132846 |  | Email/Text: mediamanagers@clientservices.com | Nov 12 2021 22:03:00 | Synchrony Bank/QCard, c/o Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519209585 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Eddye J. Williams mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Rhondi L. Schwartz | on behalf of Debtor Eddye J. Williams mail@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5