Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  21−11892−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eddye J. Williams
   88 Fox Road, #3B
   Edison, NJ 08817

Social Security No.:
   xxx−xx−2531

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 13, 2021.

Dated: December 13, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  

Eddye J. Williams  
    Debtor

Case No. 21-11892-MBK

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 13, 2021 | Form ID: plncf13 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddye J. Williams, 88 Fox Road, #3B, Edison, NJ 08817-4950 |
| 519132831 | | American Express, c/o Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519167857 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519132832 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 519132835 | | Flex Vacations Owners Association, Inc., PO Box 936510, Atlanta, GA 31193-6510 |
| 519132836 | + | Harborside Resort II, Vacation Ownership Assoc., Ltd., c/o Association Management, PO Box 22051, Orlando, FL 32869-5000 |
| 519132838 | + | JPMorgan Chase Bank, N.A., c/o MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519132839 | | Kristin Pena, NJ Division of Taxation, Deferred Payments, PO Box 190, Trenton, NJ 08695-0190 |
| 519132840 | + | M & T Bank, PO Box 62906, Baltimore, MD 21264-2906 |
| 519132841 | | Playa Grande, Playa Grande Resort SA de CV, PO Box 51469, Los Angeles, CA 90051-5769 |
| 519132843 | + | Royal Holiday Vacation Club, 9500 South Dadeland Boulevard, Suite 310, Miami, FL 33156-2868 |
| 519211985 | + | Sheraton Flex Vacations LLC, Post Office Box 8038, Lakeland, FL 33802-8038 |
| 519191625 | + | State of New Jersey, Department of Treasury, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519132844 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 519132845 | + | Synchrony Bank/HSN Card, c/o Monarch Recovery Management, PO Box 986, Bensalem, PA 19020-0986 |
| 519132847 | + | Vistana Management, Inc., 1200 Bartow Road, Lakeland, FL 33801-5901 |
| 519132848 | + | Vistana Portfolio Services, Sheraton Flex Vacations, LLC, PO Box 22197, Orlando, FL 32830 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 13 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 13 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519132833 | | Email/Text: bknotice@ercbpo.com | Dec 13 2021 20:26:00 | Barclays Bank Delaware, c/o Enhanced Recovery Company, LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519132834 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2021 20:35:40 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519168557 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2021 20:35:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519132837 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2021 20:25:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519160745 | + | Email/Text: RASEBN@raslg.com | Dec 13 2021 20:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519214168 | | Email/Text: camanagement@mtb.com | Dec 13 2021 20:25:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 13, 2021 | Form ID: plncf13 | Total Noticed: 30

| 519208901 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 13 2021 20:35:33 | Portfolio Recovery Associates, LLC, c/o Upromise, POB 41067, Norfolk VA 23541 |
| 519132842 | Email/Text: NCI_bankonotify@ncirm.com | | |
| | | Dec 13 2021 20:25:00 | QVC Inc. Easy Pay, c/o Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 519207247 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 13 2021 20:35:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519134526 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 13 2021 20:35:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519132846 | Email/Text: mediamanagers@clientservices.com | | |
| | | Dec 13 2021 20:25:00 | Synchrony Bank/QCard, c/o Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519209585 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021      Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Eddye J. Williams mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Rhondi L. Schwartz | on behalf of Debtor Eddye J. Williams mail@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5