Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 21-11892 / MBK**

Eddye J. Williams

Petition Filed Date: 03/09/2021
341 Hearing Date: 04/08/2021
Confirmation Date: 12/08/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2024 | $525.00 | 96051340 | 03/04/2024 | $525.00 | 96618680 | 03/27/2024 | $525.00 | 97020350 |
| 04/02/2024 | $525.00 | 97158480 | 05/02/2024 | $525.00 | 97650270 | 06/03/2024 | $525.00 | 98137100 |
| 07/03/2024 | $525.00 | 98633600 | 08/02/2024 | $525.00 | 99116820 | 09/04/2024 | $525.00 | 99613350 |
| 10/02/2024 | $525.00 | 10007454 | 11/04/2024 | $525.00 | 10055828 | 12/03/2024 | $525.00 | 10101838 |

**Total Receipts for the Period: $6,300.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $22,005.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eddye J. Williams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eric Clayman<br>»» ATTY DISCLOSURE | Attorney Fees | $4,065.00 | $4,065.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018-2019 TAX PERIODS | Priority Creditors | $14,656.93 | $10,268.64 | $4,388.29 |
| 2 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $1,854.34 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $35,970.12 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $13,242.63 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $16,361.92 | $0.00 | $0.00 |
| 6 | NJ DIVISION OF TAXATION<br>»» TGI 2018 | Priority Creditors | $7,242.70 | $5,074.24 | $2,168.46 |
| 7 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» QCARD | Unsecured Creditors | $2,702.25 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/UPROMISE | Unsecured Creditors | $25,205.24 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» HSN CARD | Unsecured Creditors | $7,978.22 | $0.00 | $0.00 |
| 10 | SHERATON FLEX VACATIONS LLC<br>»» TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 11 | M&T BANK<br>»» P/88 FOX RD/1ST MTG/ORDER 7/1/21 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | Playa Grande<br>»» TIMESHARE | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-11892 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | Royal Holiday Vacation Club<br>»» TIMESHARE | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 14 | Vistana Management, Inc.<br>»» TIMESHARE | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq.<br>»» SUB OF ATTY 11/7/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,005.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $19,407.88 | Current Monthly Payment: | $525.00 |
| Paid to Trustee: | $1,636.36 | Arrearages: | ($75.00) |
| Funds on Hand: | $960.76 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**